BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SONDRA DEE CAIRO WOLFE, | ) No. 2:15-CV-00942-AC |
| | ) |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) TO EXTEND SCHEDULE |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The parties stipulate through counsel to extend the time by 9 days – from December 21, 2015 to December 30, 2015 for Defendant to file her opposing brief.  Defendant's counsel requires more time because of an error in calendaring the filing deadline.  Plaintiff's counsel filed her brief before the deadline set forth in the case management order, and Defendant's counsel made a clerical error in adjusting the responsive briefing deadline.   This is Defendant's first request for an extension.

Def.'s Stip. to Extend Schedule, 2:15-CV-00942-AC

| | | |
|---|---|---|
| 1 | DATE:  December 23, 2015 | Respectfully submitted, |
| 2 | | CERNEY KREUZE & LOTT, LLP |
| 3 | | /s/ *Shellie Lott* |
| 4 | | BY: _____ |
| 5 | | Shellie Lott |
| | | *as authorized by email on Dec. 23, 2015 |
| 6 | | Attorney for Plaintiff |
| 7 | Date:   December 23, 2015 | BENJAMIN B. WAGNER |
| | | United States Attorney |
| 8 | | DEBORAH LEE STACHEL |
| | | Acting Regional Chief Counsel, Region IX |
| 9 | | Social Security Administration |
| 10 | | LARA A. BRADT |
| 11 | | /s/ *Lara A. Bradt* |
| | | BY:  _____ |
| 12 | | Lara A. Bradt |
| 13 | | Special Assistant United States Attorney |
| | |  Attorney for Defendant |

IT IS SO ORDERED *nunc pro tunc.* .

DATED: January 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Def.'s Stip. to Extend Schedule, 2:15-CV-00942-AC